IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**ELKINO DAWKINS, SR.,**

    **Plaintiff,**

v.                                Case No. 4:19cv537-MW/CAS

**THE DEPARTMENT OF
CHILDREN and FAMILIES,**

    **Defendant.**

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 6. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** for failure to prosecute and failure to comply with a Court order." The Clerk shall also close the file.

**SO ORDERED on February 27, 2020.**

                                          s/Mark E. Walker             
                                          **Chief United States District Judge**